## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

New United, Inc.

                          Plaintiff,

v.                                         Case No.: 1:15–cv–01250
                                         Honorable Robert W. Gettleman

Elite Business Finance, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2016:

      MINUTE entry before the Honorable Jeffrey Cole:The court adopts the parties' discovery schedule. All Rule 23 fact discovery shall be completed by 5/13/2016. Plaintiff's opinion witness for Rule 23 issues shall be disclosed by 6/10/2016. Defendant's opinion witness for Rule 23 issues shall be disclosed by 7/8/2016. Plaintiff is given to 9/9/2016 to file its motion for class certification and supporting memorandum. Status hearing date of 2/18/2016 is reset for 3/10/2016 at 08:30 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.